IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>Daniel BATTENFIELD,<br><br>       Defendant. | CASE NO.  1:24-MJ-00140-SAB<br><br>ORDER UNSEALING COMPLAINT |

The United States having arrested the above titled defendant on an arrest warrant and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:  **December 20, 2024**

STANLEY A. BOONE
United States Magistrate Judge

Unsealing Order                   1